UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAYNE QUINN, | No. 2:17-cv-992-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOWBAK, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests "3 proof of service of deposition subpoena for personal appearance" so that he may "subpoena 3 doctors on [his] behalf." ECF No 17. It is unclear whether plaintiff wishes to depose the three doctors or to secure their attendance as trial witnesses. Either way, the request (ECF No. 17) is denied as premature. If plaintiff wishes to depose the three doctors, he must await the court's issuance of a discovery and scheduling order, which will set deadlines for conducting discovery and filing dispositive motions.[1] If and when this case is scheduled for trial, the court will provide the parties with instructions for obtaining the attendance of any witnesses.

So ordered.

DATED: December 12, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The requirements for deposing nonparty witnesses are set forth in Rules 30 and 31 of the Federal Rules of Civil Procedure.