UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAYNE QUINN, | No. 2:17-cv-992-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN M. DOWBAK, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

---

[1] However, on July 25, 2018, plaintiff filed a motion to amend his complaint. ECF No. 30.

1

1. The findings and recommendations filed July 16, 2018, (ECF No. 29) are ADOPTED in full;
2. Defendants' motion to dismiss (ECF No. 19) is GRANTED;
3. Plaintiff's complaint is DISMISSED with leave to amend;
4. Plaintiff's motion to amend (ECF No. 30) is denied as unnecessary; and
5. Plaintiff shall file an amended complaint within thirty (30) days from the date of service of this order and is admonished that failure to comply will result in dismissal of this action.

IT IS SO ORDERED.

Dated: September 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE